UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

David BERNARD,

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Police Officer Kevin Warmhold, Shield #18845/Tax Registry No.937711, N.Y.C. Police Sgt Finnerty/ Tax Registry No. 915717 of 102nd PCT and N.Y.C. Police Officer Scapicchio/Tax Reg. #937501 of the 102nd Precinct

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

ORIGINAL

09 1285

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
*(check one)*

WEINSTEIN, J.

BLOOM, M.J.

RECEIVED
MAR 25 2009
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  David Bernard #441-06-11397
             ID#   George Motchan Detention Center
             Current Institution  15-15 Hazen Street
             Address              East Elmhurst, new York 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __Police Officer Kevin Warhold__ Shield # __18845__
Where Currently Employed __102nd Precinct in Queens, New York__
Address _____

Defendant No. 2    Name __Police Sgt. Finnerty__ (Tax Regstry #) Shield # __915717__
Where Currently Employed __102nd Precinct in Queens, New York__
Address _____

Defendant No. 3    Name __Police Off. Anthony Scapicchio__ Shield # __10436__
Where Currently Employed __102nd Precinct in Queens, New York__
Address _____

Defendant No. 4    Name __P.O. John Dombrowski__ Shield # __6004__
Where Currently Employed __106th Precinct in Queens, New York__
Address _____

Defendant No. 5    Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? __NA__

B. Where in the institution did the events giving rise to your claim(s) occur? __NA__

C. What date and approximate time did the events giving rise to your claim(s) occur? __On the date September 19th, 2006 at appoximatley 1:05 a.m.__

D. Facts: [What happened to you?] [Who did what?] [Was anyone else involved?] [Who else saw what happened?]

Plaintiff David Bernard was driving a 1995 Chevy automobile (Lumina) with tinted windows and had not previously committed any crime when police officers (defendants Kevin Warhold and his partner Anthony Scapicchio) converged upon this plaintiff's vehicle and began conducting an illegal search and seizure of items from various areas of the vehicle's interior. The was no probable cause or reason to have susspected criminal activity of this plaintiff. The vehicle's papers were all legitimate and this plaintiff did not make any movements to cause the police to be alarmed or to fear for their immediate safety. As a result of the aforementioned police stop, plaintiff had been in the company of three other persons occupying the vehicle at the time of stop. The three other persons committed a armed robbery of a grocery store some time earlier when they had decided to get into this plaintiff's vehicle. I did not have any knowledge and did not plan the robbery. I was then unjustly accused of having acted-in-concert with the three others. I did not have a full and suppression hearing in the State court addressing an arrest absent probable cause as violative of the Fourth Amendment. The other three persons arrested are named Lammy Jahfaar, Johnathan Cuevas, Joel Beltran and all have pled guilty. No complainant victim from the robbery (Saleh Elmaliki) was ever able to identify plaintiff as being a participant or present during the commission of the crime of the alleged robbery. No probalbe cause to have arrested me.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental Anguish and/or mental suffering and plaintiff receives mental health treatment and this false arrest and false imprisonment makes plaintiff's situation more worse and oppressive.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes X    No ___ (some with regard to mental health deterioration)

*Rev. 05/2007*                                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
~~George Mothchan Detention Center on Rikers Island (C-73) at~~
15-1~~3~~5Hazen street, East Elmhurst, New York 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _X_    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____    No _X_    Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____    No _X_    NA

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____    No _X_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?    NA

   1. Which claim(s) in this complaint did you grieve?   NA

   2. What was the result, if any?   NA

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.   NA

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
   The central issues of false arrest and ~~false imprisonment~~ and an illegal arrest without probable cause, cannot be raised and addressed in the inmate Grievance procedure ~~within the jail facilities.~~

   2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The issue of an arrest without probable cause, cannot be adequately addressed unless the defendants or their attorney (New York State Attorney General) point this court to record-showing facts that I have tried to show my innocence and lack of knowledge of any of the underlying event that led up to my arrest.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff understands that he may properly seek redress for the wrong suffered by him in the police having arrested him without probable cause in violation of plaintiff's Fourth Amendment right, Due Process and equal Protection of the Law. He requests that he be given a jury trial to address the wrong of the defendants. Plaintiff's vehicle was taken away from him and never returned by the defendants. Plaintiff requests that he be allowed to be compensated in the amount of fourteen million dollars and that the police involved receive punitive damages as against them because a mere traffic violation, if any, may not serve as a pretext for a exploratory search and seizure of property of plaintiff's vehicle and the taking of said vehicle from plaintiff for a non-criminal offense. Not only was the vehicle "taken, but various items of other personal property in the vehicle was taken that was not in fact instrumentalities of any crime. I need all such personal property returned to me and to account for any such lost property.

VI. **Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No _X_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No _X_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **19** day of **March**, 20**09**

Signature of Plaintiff  *David Bernard*

Inmate Number  **#441-06-11397**

Institution Address  **George Motchan Detention Center**
**15-15 Hazen Street**
**East Elmhurst, New York 11370**

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **19** day of **March**, 20**09**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *David Bernard*