FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ DEC 07 2009
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID BERNARD,

              Plaintiff,

      - against -

POLICE OFFICER KEVIN WARHOLD, Shield # 18845; SGT. FINNERTY, Shield # 915717; POLICE OFFICER ANTHONY SCAPICCHIO, Shield # 10436; POLICE OFFICER JOHN DOMBROWSKI, Shield # 6004,

              Defendants.
----------------------------------------X

**ORDER**
**09 CV 1285 (JBW)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on January 21, 2010 at 10:00 a.m. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Otis Bantum Correctional Center shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: December 4, 2009
       Brooklyn, New York