

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JOHANA V. CASTRO
Senior Counsel
Phone: (212) 788-0976
Fax: (212) 788-9776
Email: jcastro@law.nyc.gov

December 7, 2009

**BY ECF**
The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Bernard v. Warmhold, et al. (09-CV-1285(JBW)(LB))

The application is ✓ granted ___ denied.
SO ORDERED.
/S/
Lois Bloom, U.S.M.J.
Dated: 12/8/09
Brooklyn, New York

*The Court shall hold the initial conference in this case by telephone on 2/3/10 at 10:00 a.m.; defendants' counsel is requested to arrange and initiate the conference call at this time.*

Dear Magistrate Judge Bloom:

    I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York and the supervising attorney assigned to the above-referenced matter.[1] I write to respectfully request that the Court adjourn the initial conference presently scheduled to take place on January 21, 2010 at 10:00 a.m., as the undersigned has a scheduling conflict. This is the first request for an adjournment of the January 21, 2010 conference. I write directly to the Court because plaintiff is incarcerated and proceeding pro se in this matter.

    To assist the Court in the rescheduling of the conference, defendants respectfully submit that they are presently available on January 25, 2010, January 26, 2010, January 27, 2010, January 28, 2010, and January 29, 2010.

---

[1] This case has been assigned to Assistant Corporation Counsel Alexandra Corsi, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Corsi may be reached directly at (212) 788-1090.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

*[signature]*

Johana V. Castro
Senior Counsel
Special Federal Litigation Division

cc: **BY MAIL**
David Bernard
441-06-11397
Plaintiff Pro Se
Otis Bantum Correctional Center
15-00 Hazen Street
East Elmhurst, New York 11370