UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID BERNARD,

                Plaintiff,

            - against -

POLICE OFFICER KEVIN WARHOLD, Shield
# 18845; SGT. FINNERTY, Shield # 915717;
POLICE OFFICER ANTHONY SCAPICCHIO,
Shield # 10436; POLICE OFFICER JOHN
DOMBROWSKI, Shield # 6004 ,

                Defendants.
-----------------------------------------------------------X

ORDER
09 CV 1285 (JBW)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated December 21, 2009, plaintiff asks the Court if he must be present for the initial telephone conference. (Document 23.) As stated in previous Orders, because plaintiff is incarcerated, the Court shall hold an initial pre-trial conference **by telephone** on February 3, 2010 at 10:00 a.m. Plaintiff shall participate in the conference from his facility by telephone. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Downstate Correctional Facility shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

Dated: January 11, 2010
       Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge