

MICHAEL A. CARDOZO
*Corporation Counsel*

## THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARY O'FLYNN
Senior Counsel
phone. (212) 788-0886
fax. (212) 788-9776
email: moflynn@law.nyc.gov

January 27, 2010

BY ECF
Honorable Louis Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The application is ✓ granted ___ denied.
SO ORDERED.
/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 1/28/10
Brooklyn, New York

Re: Bernard v. Warhold, et al., 09 CV 1285 (JBW)(LB)

Dear Magistrate Judge Bloom:

I am a Senior Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the above-referenced matter.[1] I write to respectfully request that the Court reschedule the time of the initial conference presently scheduled to take place on February 1, 2010 at 3:00 p.m., as the undersigned presently has been notified by plaintiff's correctional facility that plaintiff cannot be made available at that time. I write directly to the Court because plaintiff is incarcerated and proceeding pro se in this matter.

To assist the Court in the rescheduling of the conference, defendants respectfully submit that after speaking with plaintiff's present correctional facility, Great Meadow Correctional Facility, plaintiff can be made available for this telephone conference at 2:00 p.m. on February 1, 2010.

---

[1] This case has been assigned to Assistant Corporation Counsel Alexandra Corsi, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Corsi may be reached directly at (212) 788-1090.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/

Mary O'Flynn
Senior Counsel
Special Federal Litigation Division

cc: BY MAIL
David Bernard - 09A5989
Plaintiff Pro Se
Great Meadow Correctional Facility
11739 State Route 22
P.O. Box 51
Comstock, New York 12821