UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DAVID BERNARD,

                Plaintiff,                                **ORDER**
                                                              **09 CV 1285 (JBW)(LB)**

            - against -

POLICE OFFICER KEVIN WARHOLD, Shield
# 18845; SGT. FINNERTY, Shield # 915717;
POLICE OFFICER ANTHONY SCAPICCHIO,
Shield # 10436; POLICE OFFICER JOHN
DOMBROWSKI, Shield # 6004 ,

                Defendants.
----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      By letter dated February 17, 2010, defendants request a stay of this matter pending the outcome of plaintiff's appeal of his underlying criminal case. (Document 33.) Defendants' request is granted. Defendants shall update the Court on the status of plaintiff's appeal by August 17, 2010.

      By letter dated February 14, 2010, plaintiff requests to be reimbursed for the vehicle and other property that was seized during his arrest on September 19, 2006. (Document 34.) As plaintiff was told during the February 1, 2010 telephone conference, these items may be held as evidence in his criminal case, and if they are not being held as evidence, he must pursue his remedies, which are set forth on the back of the property voucher issued by the NYPD Property Clerk.

SO ORDERED.

                                                               /Signed by Judge Lois Bloom/
                                                               LOIS BLOOM
Dated: March 1, 2010                                   United States Magistrate Judge
      Brooklyn, New York